UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON MIGUEL MENDEZ TZOC,<br><br>Petitioner,<br><br>v.<br><br>Christopher LaROSE, Warden, Otay Mesa Detention Center; Markwayne MULLIN, Secretary, U.S. Department of Homeland Security; David J. VENTURELLA, Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; Todd BLANCHE, Acting Attorney General of the United States, U.S. Department of Justice,<br><br>Respondents. | Case No.:  26cv3965-GPC(VET)<br><br>**ORDER DIRECTING PETITIONER TO SUBMIT ADDITIONAL DOCUMENT AND RESCHEDULING HEARING DATE** |

On July 10, 2026, Petitioner Byron Miguel Mendez Tzoc ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 seeking to be released from his unlawful detention at the Otay Mesa Detention Facility.  (Dkt. No. 1, Pet.) Respondents filed a response on July 16, 2026. (Dkt. No. 4.)  Petitioner filed a traverse on the same day.  (Dkt. No. 5.)

1

The facts concerning the procedural history of Petitioner's immigration case is sparse.  Petitioner, a native and citizen of Guatemala, asserts he arrived without inspection in 2010 and affirmatively filed his Form I-589 application for asylum and withholding of removal.  (Dkt. No. 1, Pet. ¶¶ 4, 26.)  Petitioner's appointment for biometrics and fingerprinting occurred on May 29, 2024 and he received Employment Authorization from December 13, 2024 through December 12, 2029.  (*Id.* ¶¶ 28, 29.)  The Court also notes Petitioner has a hearing before an immigration judge on July 27, 2026.  *See* https://acis.eoir.justice.gov/en/caseInformation

Accordingly, the Court DIRECTS Petitioner to file his Form I-589 application for asylum and withholding of removal and file a declaration to provide further facts about his immigration status on or before **July 29, 2026**.  The hearing set for July 24, 2026 shall be rescheduled to **August 7, 2026 at 1:30 p.m.** in Courtroom 12A.

IT IS SO ORDERED.

Dated:  July 23, 2026

Hon. Gonzalo P. Curiel
United States District Judge

26cv3965-GPC(VET)